## BUCHANAN v. WEST JERSEY RAILROAD COMPANY.

A woman, being obliged to throw herself on a railroad platform to escape being struck by a piece of timber projecting from a car in motion, had her health impaired by the fright thus occasioned. *Held*, she was entitled to recover damages for such impairment of her health.

Motion for a new trial.

The plaintiff, who was a woman, was lawfully on the rail-road platform of the defendant. A piece of timber projected from one of the cars of a train so as to sweep over such platform, and the plaintiff, in order to avoid being struck by the projecting timber, was obliged to throw herself on the platform. She did so, and the timber passed over without touching her. By reason of the shock to her nervous system, occasioned by this peril, her health was seriously impaired.

The verdict was in her favor.

Argued at November Term, 1889, before BEASLEY, CHIEF JUSTICE, and Justices DEPUE and SCUDDER.

For the rule, *Peter L. Voorhees.*

*Contra, J. W. Wescott.*

The opinion of the court was delivered by

BEASLEY, CHIEF JUSTICE. This rule should be discharged. The suit was not on the single ground that the plaintiff had been frightened. There was a basis for the action in the carelessness of the company which compelled the plaintiff to throw herself upon the platform, as such carelessness, leading to that result, was *per se* actionable. The fright was an incident to such cause of action, and a mere aggravation of the tort.

It is not necessary in this case to decide whether mere fright caused by a wrongful accident, which results in physical injury, as, for example, sickness, is or is not actionable.

Let the rule be discharged.